AMOS N. KLING et al., as Assignees for Benefit of Creditors of THOMAS P. WALLACE, Appellants, *v.* THE IRVING NATIONAL BANK, Respondent.

*Kling* v. *Irving Nat. Bank,* 21 App. Div. 373, affirmed.
(Argued October 6, 1899; decided October 27, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1897, upon an order affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*John W. Houston* for appellants.

*Charles E. Rushmore* for respondent.

Judgment and order affirmed, with costs ; no opinion. All concur, except PARKER, Ch. J., not sitting.